FORM 8A. Entry of Appearance     Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1904

**Short Case Caption:** Orfanel v. Collins

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Matteo A. Orfanel

| | | |
|---|---|---|
| **Principal Counsel:** Alexander J. Cave | | Admission Date: 7/3/2025 |
| Firm/Agency/Org.: Covington & Burling LLP | | |
| Address: One CityCenter, 850 Tenth Street NW, Washington, DC 20001 | | |
| Phone: 202-662-5696 | | Email: acave@cov.com |
| **Other Counsel:** Michael N. Kennedy | | Admission Date: 10/20/2010 |
| Firm/Agency/Org.: Covington & Burling LLP | | |
| Address: One CityCenter, 850 Tenth Street NW, Washington, DC 20001 | | |
| Phone: 202-662-5215 | | Email: mkennedy@cov.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/16/25

Signature: /s/ Alexander J. Cave

Name: Alexander J. Cave