FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 25-1904

**Short Case Caption:** Orfanel v. Collins

**Filing Party/Entity:** Matteo A. Orfanel, Appellant

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S. Court of Appeals for Veterans Claims | 23-7455 | Civil - Veterans Benefits |

Relief sought on appeal: ☐ None/Not Applicable

> Order reversing denial of earlier effective date respecting benefits granted in 2019 and instructing award of earlier effective date or referral of earlier effective date claim to Agency of Original Jurisdiction.

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

> Appellant seeks an earlier effective date for benefits awarded in 2019 or, at minimum, referral of his effective date claim to the Agency of Original Jurisdiction. The U.S. Court of Appeals for Veterans' Claims denied Appellant's requests.

Nature of judgment (select one):          Date of judgment: 5/5/25

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☑ Other (explain)          38 U.S.C. § 7292 (review of Vet. App. decision)

**FORM 26. Docketing Statement**

Form 26 (p. 2)
July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

> Whether the Court of Appeals for Veterans' Claims erred in failing to refer to the Agency of Original Jurisdiction Orfanel's claim for an earlier effective date, and, in the alternative, whether Orfanel is entitled to an earlier effective date respecting the benefits he was granted in 2019.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes  ☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?      ☐ Yes  ☑ No

If they were mediated, by whom?

> N/A

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

> This case does not appear to be amenable to mediation.  Appellant has requested an earlier effective date for the benefits he was granted in 2019, which were awarded for the same traumatic brain injury for which the VA denied him benefits in 2011.  The VA has refused his request.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> N/A

Date: 7/16/25

Signature: /s/ Alexander J. Cave

Name: Alexander J. Cave

