

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW                                                                 CLERK'S OFFICE
CLERK OF COURT                                                                    202-275-8000

July 16, 2025

2025-1904 - Orfanel v. Collins

## NOTICE OF NON-COMPLIANCE

The document Entry of Appearance submitted by Douglas A. Collins is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The principal attorney has not filed an **Entry of Appearance (Form 8)**. The principal attorney must enter an appearance. Fed. Cir. R. 47.3(c). Promptly submit the required form(s) available at [Link](Link).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: J. Phillips, Deputy Clerk