**FORM 18. Joint Stipulation of Voluntary Dismissal**　　　　　　　　　　　Form 18
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 25-1904

**Short Case Caption** Orfanel v. Collins

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

25-1904

Costs are to be assigned as follows:

[✓] Each side shall bear their own costs.
[ ] Other:

Date: 08/25/2025

Signature: /s/ Alexander J. Cave
Name: Alexander J. Cave
Party Name: Matteo A. Orfanel

Date: 08/25/2025

Signature: /s/ Kristin E. Olson
Name: Kristin E. Olson
Party Name: Douglas A. Collins

[ ] Additional pages attached